# Order

Michigan Supreme Court
Lansing, Michigan

October 28, 2014

148659(38)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

KENNETH RAY WRIGHT,
            Defendant-Appellant.

SC: 148659
COA: 308765
Oakland CC: 2011-238177-FC

_____/

On order of the Court, the motion for reconsideration of this Court's May 27, 2014 order is considered, and it is DENIED, without prejudice to the defendant seeking relief under MCR Subchapter 6.500 based on *Burrage v United States*, 571 US ___; 134 S Ct 881; 187 L Ed 2d 715 (2014).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2014



p1020

Clerk